JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY CAULDER, ) | CASE NO. 10-cv-00814-VBK |
| Plaintiff, ) | |
| vs. ) | **ORDER GRANTING STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |
| ALLIED INTERSTATE, INC., ) | |
| Defendant. ) | |

The Court has reviewed the Stipulation of Plaintiff SHERRY CAULDER and Defendant ALLIED INTERSTATE, INC. to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Stipulation between the parties, the Court orders as follows:

/ / /

/ / /

/ / /

**1**

06215.00/164749

[PROPOSED] ORDER RE STIPULATION RE DISMISSAL

1. That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1).  Each party shall bear their own costs and expenses.

**IT IS SO ORDERED:**

DATED: June 3, 2010_____/s/_____
UNITED STATES MAGISTRATE JUDGE